567 A.2d 303

**BOARD OF SUPERVISORS OF MIDDLE PAXTON TOWNSHIP, Appellants,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL RESOURCES.**

No. 48 M.D. Appeal Dkt. 1989.

Supreme Court of Pennsylvania.

Dec. 19, 1989.

Reconsideration Denied June 15, 1990.

Gregory H. Knight, Harrisburg, for appellants.

Norman F. Matlock, Dept. of Environmental Resources, Philadelphia, for Dept. of Environmental Resources.

ORDER

PER CURIAM:

AND NOW, this 19th day of December, 1989, the appeal is hereby dismissed.